**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYVLANIA**

DIANE RAND,

                Plaintiff,

vs.

EOS CCA COMPANIES,

                Defendant.

Civil Action No.:  11-215 Erie

## **DISCLOSURE STATEMENT**

Pursuant to Local Rule 7.1.1 of the Western District of Pennsylvania and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for EOS CCA Companies in the above captioned action, certifies that no parents, subsidiaries and/or affiliates of said party exist or have issued shares or debt securities to the public.

Respectfully submitted,

**MARSHALL, DENNEHEY, WARNER, COLEMAN & GOGGIN**

Date:  November 22, 2011

By:   */s/ Danielle M. Vugrinovich, Esquire*
DANIELLE M. VUGRINOVICH, ESQUIRE
PA I.D. #88326
**Attorneys for Defendant,
EOS CCA COMPANIES**

US Steel Tower, Suite 2900
600 Grant Street
Pittsburgh, PA  15219
412-803-1185
412-803-1188
dmvugrinovich@mdwcg.com

12/1418252.v1